# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

CHRISTINA ELIZABETH MARTIN,

Appellant,

V.

JOSHUA MARTIN,

Appellee.

No. 2D2022-2875

———————————————

April 19, 2024

Appeal from the Circuit Court for Pasco County; Daniel D. Diskey, Judge.

Jason Scott Coupal of Landmark Legal, St. Petersburg, for Appellant.

Teresa Prescott of Prescott Legal, P.A., Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.